Michael D. Michel, Esq. (State Bar No. CA 062131)
Jeff M. Fackler, Esq. (State Bar No. CA 142101)
MICHEL & FACKLER
A Professional Corporation
Watergate Office Towers
2000 Powell Street, Suite 1000
Emeryville, California 94608
Telephone: (510) 547-7319
Facsimile: (510) 547-7320

Attorneys for Plaintiff KEVIN BREWER

MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (State Bar No. CA 150203)
HENRY C. WANG (State Bar No. CA 196537)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone:   (310) 312-4000
Facsimile:    (310) 312-4224

Attorneys for Defendant FORTIS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BREWER,<br><br>              Plaintiff,<br><br>       vs.<br><br>FORTIS INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>              Defendants. | Case No.  C 03-05150 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL CONFERENCE AND PRETRIAL FILING DATES**<br><br>Pretrial Conference: April 19, 2005<br>Trial Date:   May 2, 2005 |

Plaintiff Kevin Brewer ("Plaintiff") and defendant Fortis Insurance Company ("Defendant," collectively, the "Parties"), by and through their undersigned counsel of record herein, enter into a stipulation on the following considerations.

1.        The Parties have agreed to the terms of a settlement, and have executed a formal settlement agreement ("Agreement").

2.        Pursuant to the Agreement, Plaintiff shall deliver to Defendant's counsel, along with the executed Agreement, a Request for Dismissal of the Action, dismissing the Action with

prejudice as against Defendant. Defendant's counsel is authorized to file the Request for Dismissal following its performance of its obligations under the Agreement within fifteen (15) days of the execution of the Agreement. Based on this schedule, the parties expect that the dismissal will be filed on or around June 10, 2005.

3. Pursuant to the Court's Order, this matter has been set for a pretrial conference on May 24, 2005 at 3:30 p.m. and trial on May 31, 2005.

4. Given the Parties have reached a settlement and that consideration for the Agreement will be provided within fifteen (15) days of the execution of the Agreement, the parties submit that good cause exists for taking the trial date off calendar.

5. Accordingly, the Parties respectfully request that the Court take the Pretrial Conference Date and Trial Date off calendar, and set this matter for an Order to Show Cause Re: Dismissal on June 17, 2005 or another date convenient for the Court in the event that the dismissal has not been filed by that date.

Pursuant to the request of the Parties, and GOOD CAUSE APPEARING THEREFOR. THE COURT HEREBY ORDERS:

    a. The current Trial Date and Pretrial Conference Date are taken off calendar; and

    b. An Order to Show Cause re Dismissal shall be scheduled for 6/17/05 , 2005 at 9:00 a.m./p.m. The hearing shall be vacated if a dismissal is filed prior to the hearing date.

| | | |
|---|---|---|
| 1 | Date: May 26, 2005 | MICHEL & FACKLER |
| 2 | | By: s/ Michael D. Michel |
| 3 | | Michael D. Michel, Esq.<br>*Attorneys for Plaintiff* |
| 4 | | KEVIN BREWER |
| 5 | Date: May 26, 2005 | MANATT, PHELPS & PHILLIPS, LLP |
| 6 | | By: s/ Gregory N. Pimstone<br>Gregory N. Pimstone, Esq. |
| 7 | | *Attorneys for Defendant*<br>FORTIS INSURANCE COMPANY |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Gregory N. Pimstone hereby attests that concurrence in the filing of this document has been obtained.*

**IT IS SO ORDERED.**

Date: _____, 2005

IT IS SO ORDERED
Judge Susan Illston

40882954.2