Michael D. Michel, Esq. (SBN 062131)
Jeff M. Fackler, Esq. (SBN 142101)
MICHEL & FACKLER
A Professional Corporation
2000 Powell Street, Suite 1000
Emeryville, California 94608
Telephone: (510) 547-7319
Facsimile: (510) 547-7320

Attorneys for Plaintiff KEVIN BREWER

MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (State Bar No. 150203)
HENRY C. WANG (State Bar No. 196537)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant FORTIS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BREWER,<br><br>    Plaintiff,<br><br>vs.<br><br>FORTIS INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>    Defendants | Case No. C 03-05150 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, plaintiff Kevin Brewer ("plaintiff") and defendant Fortis Insurance Company ("defendant"), by and through their respective counsel of record, hereby enter into this Stipulation for Dismissal with Prejudice of the above-captioned action and plaintiff's

/ / /
/ / /
/ / /
/ / /
/ / /

1  complaint therein pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1). Each
2  party shall bear his and/or its own costs.
3     It is SO STIPULATED:
4  Dated: June 14, 2005                MICHEL & FACKLER
5                                      A Professional Corporation
6                          By: /s/ Jeff M. Fackler
7                              Michael D. Michel, Esq.
                               Jeff M. Fackler, Esq.
8                              Attorneys for Plaintiff KEVIN
                               BREWER
9
10 Dated: June 14, 2005                MANATT, PHELPS & PHILLIPS, LLP
                                       GREGORY N. PIMSTONE
11
12                         By: /s/ Gregory N. Pimstone
                               Gregory N. Pimstone, Esq.
13                             *Attorneys for Defendant*
                               FORTIS INSURANCE COMPANY



IT IS SO ORDERED

Judge Susan Illston